NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| FRANK ROSSOTTO, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D17-2738 |
| | ) | |
| WEST PARK VILLAGE CONDOMINIUM | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

Opinion filed March 28, 2018.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little, Senior
Judge.

Frank Rossotto, pro se.

Stephan C. Nikoloff of Cianfrone, Nikoloff,
Grant & Greenberg, P.A., Dunedin, for
Appellee.

PER CURIAM.

We dismiss this appeal for lack of jurisdiction. See Wahl v. Taylor, 926

So. 2d 488, 489 (Fla. 2d DCA 2006) ("[A]n order merely granting a motion for summary

judgment is not a final order because it does not enter judgment for or against a party.");

<u>Better Gov't Ass'n of Sarasota Cty. v. State</u>, 802 So. 2d 414 (Fla. 2d DCA 2001).


LaROSE, C.J., and CRENSHAW and LUCAS, JJ., Concur.